UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

        Petitioner,

v.

DOUG WADDINGTON,

        Respondent.

Case No. C05-5664RBL

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal *habeas corpus* petition is **DISMISSED**.

(3) Petitioner's Motion for Release [Dkt. #10] is **DENIED**.

(4) For the reasons stated in the Report and Recommendation, this Court declines to issue a Certificate of Appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 26 U.S.C. § 2253(c)(2).

(5) The Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 31st day of March, 2006.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1